CASE NO. 12-16976

*United States Court of Appeals*
**For the Ninth Circuit**

LIBERTY MEDIA HOLDINGS, LLC
*Plaintiff-Appellee*,

v.

FF MAGNAT LIMITED d/b/a ORON.COM
*Defendant-Appellant*.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEVADA, CIVIL CASE NO. 2:12-cv-01057-GMM-RFF

**STIPULATED MOTION TO VOLUNTARILY DISMISS APPEAL**

Pursuant to Federal Rule of Appellate Procedure 42(b), all parties hereby move the Court for an order dismissing the above-captioned appeal.

The parties have agreed that each side shall bear its own costs and fees on appeal.

Respectfully Submitted,
FF MAGNAT LIMITED,
BY ITS ATTORNEYS,

/s/  Evan Fray-Witzer
**EVAN FRAY-WITZER** Evan@CFWLegal.com
**CIAMPA FRAY-WITZER, LLP**
20 Park Plaza, Suite 505
Boston, MA 02116
Tel:  (617) 426-0000
Fax:  (617) 507-8043


/s/ Valentin Gurvits
**VALENTIN GURVITS** vgurvits@bostonlawgroup.com
**MATTHEW SHAYEFAR** matt@bostonlawgroup.com
**BOSTON LAW GROUP, PC**
825 Beacon Street, Suite 20
Newton Centre, MA 02459
Tel:   (617) 928-1804
Fax:   (617) 928-1802


LIBERTY MEDIA HOLDINGS, LLC
By its attorneys,

/s/ Laura Bielinski
**MITCHELL J. LANGBERG** (NV Bar No. 10118)
**SCOTT M. SCHOENWALD** (NV Bar No. 5484)
**LAURA E. BIELINSKI** (NV Bar No. 10516)
BROWNSTEIN HYATT FARBER
SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
Telephone: (702) 382-2101
Facsimile: (702) 382-8135
Attorneys for Appellee
Liberty Media Holdings, LLC

## **CERTIFICATE OF SERVICE**

    I, Evan Fray-Witzer, hereby certify that on June 24, 2013, a copy of this brief was served on counsel for the Plaintiff-Appellee, electronically through the Court's ECF system.

                                              /s/ Evan Fray-Witzer
                                              Evan Fray-Witzer,
                                              Attorney For the Appellant,
                                              FF MAGNAT LIMITED